1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  REBECCA JEAN,

9                     Plaintiff,                    Case No. C25-2140-LK

10        v.                                        ORDER GRANTING IFP

11 SEATTLE CREDIT UNION,

12                    Defendant.

13

14  Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee,

15 Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).

16 Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to

17 send a copy of this Order to Plaintiff and to the assigned District Judge.

18       Dated this 3rd day of November, 2025.

19
20                                              S. KATE VAUGHAN
                                                United States Magistrate Judge
21
22
23

ORDER GRANTING IFP - 1